UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| SOUTH DAKOTA NEWSPAPER ASSOCIATION, SOUTH DAKOTA RETAILERS ASSOCIATION, SOUTH DAKOTA BROADCASTERS ASSOCIATION, SOUTH DAKOTA CHAMBER BALLOT ACTION COMMITTEE, THOMAS BARNETT JR., and AMERICANS FOR PROSPERITY,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVE BARNETT, IN HIS OFFICIAL CAPACITY AS SOUTH DAKOTA SECRETARY OF STATE, and JASON RAVNSBORG, IN HIS OFFICIAL CAPACITY AS SOUTH DAKOTA ATTORNEY GENERAL,<br><br>Defendants. | 3:19-CV-03010-CBK |

Plaintiffs filed a complaint and a motion for a preliminary injunction pursuant to Fed. R. Civ. P. 65. Good cause appearing,

IT IS ORDERED that a hearing on the motion for a preliminary injunction will be held on Friday, May 3, 2019, at 10:30 A.M. in the federal courtroom of the U.S. Courthouse in Aberdeen, South Dakota, before the Honorable Charles B. Kornmann. This hearing will be held in conjunction with the hearing on the motion for a preliminary injunction in South Dakota Voice, et al., v. Noem, et al., 1:19-CV-01003-CBK. The State of South Dakota defendants in this case may rely upon their briefs filed in 1:19-CV-01003-CBK, if they so choose.

DATED this 29th day of April, 2019.

BY THE COURT:

*[signature: Charles B. Kornmann]*

CHARLES B. KORNMANN
United States District Judge