# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KMH | Court Reporter – Cheryl Hook |
| Courtroom - AB #1 | Date – May 3, 2019 |

## CIV19-1003 & CIV19-3010

| | |
|---|---|
| SD VOICE, et al., | James D. Leach |
| Plaintiff, | |
| vs. | |
| KRISTI G. NOEM, et al., | Stacy R. Hegge |
| Defendant. | |
| SOUTH DAKOTA NEWSPAPER ASSOCIATION, et al., | Martin J. Jackley<br>Ryan Morrison |
| Plaintiff, | |
| vs. | |
| STEVE BARNETT, et al. | Stacy R. Hegge |

TIME HEARING SCHEDULED TO BEGIN: 10:30 AM

<u>TIME:</u>

10:38 AM  Enter Hearing on Plaintiffs' Motion for Preliminary Injunction before the Hon. Charles B. Kornmann, Judge, presiding.

The Court denies Defendants' motion for stay and denies Plaintiff SD Newspaper Association's motion to consolidate cases.

The Court makes opening comments regarding the issues of the case.

Cory Allen Heidelberger sworn in as witness on behalf of plaintiff SD VOICE .

Cross-examination by Ms. Hegge.

Plaintiffs SD Voice, et al. rest.

David Owen sworn in as witness on behalf of plaintiff South Dakota Broadcasters Association and is examined by Mr. Jackley.

Steve Willard sworn in as witness on behalf of plaintiff South Dakota Broadcasters Association and is examined by Mr. Jackley.

Cross-examination by Ms. Hegge.

Plaintiffs South Dakota Newspaper Association, et al rest.

Kea Warne sworn in as witness on behalf of the defendants and is examined by Ms. Hegge.

Cross-examination by Mr. Leach.

Cross-examination by Mr. Jackley.

Mr. Leach makes closing arguments on behalf of plaintiffs SD Voice, et al.

Mr. Jackley makes closing arguments on behalf of plaintiffs South Dakota Newspaper Association, et al.

Ms. Hegge makes closing arguments on behalf of the defendants.

Mr. Leach makes rebuttal arguments.

Mr. Jackley makes rebuttal arguments.

The Court reserves ruling on the motion.

12:57 PM  Court adjourned.